PROB 12B
ED/AR (12/2012)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 2 2013

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## United States District Court

### for the

### Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Kristina Lynn Wilson          Case Number:  4:10CR00213-01 JLH

Name of Sentencing Judicial Officer:    Honorable J. Leon Holmes
                                        United States District Judge

Original Offense:       Conspiracy To Pass Counterfeit Securities

Date of Sentence:       December 13, 2011

Original Sentence:      3 years probation, substance abuse treatment, drug testing, mental health treatment
                        counseling, employment restrictions, financial disclosure, no new lines of credit,
                        $7,866.88 restitution and $100 special penalty assessment

                        On July 30, 2012, the Court ordered to suspend the drug testing condition

Type of         Probation           Date Supervision Commenced:  December 13, 2011
Supervision:                        Date Supervision Expires:  December 12, 2014

U.S. Probation                  Asst. U.S.                      Defense
Officer: Satori Barnes          Attorney: Jana Harris           Attorney: Jenniffer Horan

### PETITIONING THE COURT

☐     To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒     To modify the conditions of supervision as follows:

**During the term of supervision, restitution payments will be $5 per month.  If defendant's income
increases from its current amount, payments will be 10 percent per month of the defendant's
monthly gross income.**

### CAUSE

Ms. Wilson is currently in default on her Court-Ordered restitution payments.  She failed to make any payments
during the months of February, April, May, and June 2013.  Ms. Wilson is a single mother of three children who
became unemployed during the month of March 2013.  She currently receives monthly unemployment benefits
in the amount of $772.  Over the past several months, the U.S. Probation Office has been working with Ms.
Wilson in an effort to determine if she has the ability to pay said amount and if not, determine the amount she
can afford.

Ms. Wilson completed a monthly cash flow statement which revealed a current monthly income of $772 with
monthly expenses of $765.  Based on her current financial status, Ms. Wilson is unable to make restitution
payments based on 10% of her gross monthly income.  Mr. Wilson's financial situation will continue to be

Prob 12B                               -2-                       Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Kristina Wilson                  Case Number: 4:10CR00213-01 JLH

reviewed, and payments based on 10% of her gross monthly income will resume should her financial status improve.

On July 23, 2013, Federal Public Defender Jenniffer Horan was contacted telephonically to review the waiver of hearing to modify conditions of supervised release with Ms. Wilson. After speaking with Ms. Horan, Ms. Wilson signed the attached Waiver of Hearing to Modify Conditions of Supervised, agreeing to the modification.

_____        _____
Satori Barnes                              Jana Harris
U.S. Probation Officer                      Assistant U.S. Attorney

Date: July 29, 2013                          Date: 8-1-13
_____        _____

Approved:

_____
Supervising U.S. Probation Officer

═══════════════════════════════════════════════════════════════

This form is to be filed with Criminal Docketing as a motion.

═══════════════════════════════════════════════════════════════

THE COURT ORDERS:

☐   No Action
☐   The Extension of Supervision as Noted Above
☑   The Modification of Conditions as Noted Above
☐   Other

                                             _____
                                             Signature of Judicial Officer
                                             August 2, 2013
                                             _____
                                             Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:   Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
     Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**During supervised release, restitution payments will be $5 per month. If defendant's income increases from its current amount, payments will be 10 percent per month of the defendant's monthly gross income.**

Witness: _____          Signed: _____
               U.S. Probation Officer                        Probationer or Supervised Releasee

_____
7/23/13
DATE

_____

ATTORNEY FOR DEFENDANT